UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER LEGARDY, | Case No. 2:24-cv-2353-TLN-CSK |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS MOOT |
| v. | |
| SACRAMENTO CITY COUNCIL, | (ECF No. 10) |
| Defendant. | |

Plaintiff Fletcher Legardy proceeds in this action pro se.[1] Presently pending before the Court is Plaintiff's motion for an extension of time to serve Defendant Sacramento City Council. (ECF No. 10.) Plaintiff indicates he has limited funds and is disabled and requires additional time to locate and pay for a process server. (*Id*.) Plaintiff does not specify how much time he needs to effect service.

Under Federal Rules of Civil Procedure 4(m), Plaintiff has 90 days from the filing of the complaint to complete service. Here, the Complaint and motion to proceed in forma pauperis ("IFP") was filed on August 29, 2024. (ECF No. 1.) On March 28, 2025, the Court denied Plaintiff's IFP without prejudice subject to renewal. (ECF No. 5.) On April 18, 2025, Plaintiff paid the filing fee and the Court issued summons in this action.

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(21).

1

(ECF No. 6.) Therefore, Plaintiff has until July 17, 2025 to properly complete service of the Complaint.

Accordingly, the Court DENIES Plaintiff's motion for an extension of time (ECF No. 10) as moot. Plaintiff is reminded he must effect service of process on Defendant in compliance with Federal Rules of Civil Procedure 4. Plaintiff must contemporaneously file a certificate of service indicating the manner of service, what documents were served, and date of service.

Dated: May 23, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, lega2353.24

2