UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FLETCHER LEGARDY,

        Plaintiff,

      v.

SACRAMENTO CITY COUNSEL,

        Defendant.

Case No.  2:24-cv-2353-TLN-CSK

**ORDER**

This matter is before the Court on Defendants' Motion to Dismiss.  (ECF No. 14.)  On October 14, 2025, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  (ECF No. 18).  On December 1, 2025, Plaintiff was granted an extension of time until December 22, 2025, to file objections.  (ECF No. 20.)  No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis.  The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations (ECF No. 18) are ADOPTED IN FULL;

2.      Defendant's motion to dismiss (ECF No. 14) is GRANTED;

1

3.      Plaintiff's Complaint is DISMISSED without leave to amend; and

4.      The Clerk of Court is directed to CLOSE this case.

Date: May 7, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2